# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **THERON EVAN RILEY, JR.,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:23-cv-498-RAH-CSC |
| **KENDRICK BOYD, et. al.,** | ) ) ) |
| Defendants. | ) |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation entered December 12, 2023, dismissing this action without prejudice. (Doc. 11.) The Plaintiff has filed no objections to this Recommendation. After an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED; and

2. This case is DISMISSED without prejudice.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 8th day of January 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE